■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGHES METAYEO, Appellant. [18 NYS3d 362]—

Appeal from a judgment of the Supreme Court (McGrath, J.), rendered January 17, 2014 in Rensselaer County, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the second degree.

In satisfaction of a two-count indictment, defendant pleaded guilty to criminal possession of a weapon in the second degree and his plea included a waiver of the right to appeal. He was sentenced as a second violent felony offender, in accordance with the plea agreement, to a prison term of seven years, followed by five years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we disagree. Our review of the record reveals an issue of arguable merit as to whether defendant validly waived his right to appeal that may, in turn, implicate other potential appellate issues (*see People v Rabideau*, 130 AD3d 1094, 1094-1095 [2015]; *People v Phipps*, 127 AD3d 1500, 1501 [2015], *lv denied* 26 NY3d 970 [2015]; *People v Anderson*, 120 AD3d 1490, 1491 [2014]). We thus grant counsel's request for leave to withdraw and assign new counsel to address that issue and any others that the record may disclose (*see People v Stokes*, 95 NY2d 633 [2001]; *People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]).

Garry, J.P., Egan Jr., Lynch and Devine, JJ., concur. Ordered that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.